**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
               Government,        :        23 CR. 678 (RMB)
                                           :
   - against -                            :        **ORDER**
                                           :
                                           :
TYRONE OLDYN,                              :
                                           :
               Defendant.         :
------------------------------------------------------------x

       The bail hearing scheduled for Tuesday, March 26, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: March 18, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                    U.S.D.J.