**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 678 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| TYRONE OLDYN, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The sentencing scheduled for Wednesday, September 3, 2025 at 11:00 A.M. will take place in Courtroom 17B.


Dated: August 27, 2025
      New York, NY

 

_Richard M. Berman_
RICHARD M. BERMAN
U.S.D.J.